UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:23-po-00020-KJN |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) |  |
| AILEEN P. RAYALA, | ) ) | DATE:  April 12, 2023 TIME:  10:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Kendall J. Newman |
|  | ) ) ) |  |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:23-po-00020-KJN without prejudice is GRANTED.

It is further ordered that the status conference scheduled on April 12, 2023, is vacated.

IT IS SO ORDERED.

Dated:  April 4, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE